No. 82–5576. PICKETT ET AL. *v.* BROWN ET AL. Sup. Ct. Tenn. [Probable jurisdiction noted, *ante*, p. 1068.] Motion for appointment of counsel granted, and it is ordered that

Harold W. Horne, Esquire, of Memphis, Tenn., be appointed to serve as counsel for appellants in this case.